[Crim. No. 710. Second Appellate District, Division Two.—March 18, 1920.]

In the Matter of the Application of JOHN LAPIQUE for a Writ of Habeas Corpus.

[1] HABEAS CORPUS—LAWFUL CUSTODY BY SHERIFF.—A person lawfully in the custody of the sheriff under a bench warrant issued on an indictment filed by the grand jury is not entitled to be discharged on *habeas corpus.*

PROCEEDING on Habeas Corpus to secure release from sheriff. Writ discharged.

The facts are stated in the opinion of the court.

John Lapique, *in pro. per.,* for Petitioner.

THE COURT.—[1] Petitioner, in open court, concedes that if the return which the sheriff proposes making were filed it would show, in accordance with the facts, that peti-

tioner is lawfully in the custody of the sheriff of Los Angeles County under a bench warrant issued on an indictment heretofore filed by the grand jury. The writ, therefore, is discharged, and petitioner remanded.